# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:

JANET SEWELL
SSAN: XXX-XX-0950

Debtor(s)

Case No. 16-33308-DHW
Chapter 13

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on November 21, 2016.

2. The debtor(s) §341 Meeting of Creditors was held January 17, 2017.

3. The debtor(s) overall pay record is 100%.

**(X)** The plan provides for a 13% dividend for the benefit of unsecured creditors. At the meeting of creditors, Debtor's counsel advised that the plan was supposed to provide for a "POT". No amended plan has been filed.

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s) plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this February 01, 2017.

    Sabrina L. McKinney
    Acting Chapter 13 Trustee

By: /s/*Tina J. Hayes*
    Tina J. Hayes
    Staff Attorney

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL  36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: hayest@ch13mdal.com

## CERTIFICATE OF SERVICE

   I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this  February 01, 2017.

Copy to:  DEBTOR(S)
           RICHARD D SHINBAUM

/s/*Tina J. Hayes*
_____
Tina J. Hayes
Staff Attorney